UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIKA DREYER, as parent and natural guardian of B.B.; JAMIE FORURIA, as personal representative of the ESTATE OF DREW ANTHONY RINEHART, deceased; PENNEY PEASE, as parent and guardian of Nickolas Pease; WILLIAM BENJAMIN, as parent and guardian of Nathan Benjamin; WENDY MASTROENI, as guardian of Michael McNamar; and SHELBY BLOOM and WENDY GILNET, as parents and next friends of Colby Bloom,<br><br>        Plaintiffs,<br>v.<br><br>IDAHO DEPARTMENT OF HEALTH AND WELFARE, an agency of the State of Idaho; DIRECTOR, SOUTHWEST IDAHO TREATMENT CENTER, a program of the Idaho Department of Health, and Welfare, an agency of the State of Idaho; JAMIE NEWTON, individually and as Director of the Southwest Idaho Treatment Center, a program of the Idaho Department of Health and Welfare, an agency of the State of Idaho; THE STATE OF IDAHO; CORBIN BURKETT, individually; JASON MILLER, individually; BILLY KING, individually; LUKE GUSHWA, individually; DEBRA LUPER, individually; DEBORAH COMBS, individually; LEONDRE EDWARDS, individually; BRANDON MCGEE, individually; PAUL TOMPKINS, individually; ROGER ARDMONT, individually; and JOLENE BERG, individually,<br><br>        Defendants. | Case No. 1:19-cv-00211- DCN<br><br>**ORDER APPROVING STIPULATED SETTLEMENT AND RELEASE AGREEMENT** |

Based on the Parties' Stipulated Settlement and Release Agreement, all the files and pleadings herein, and upon on the broad authority of this Court to render complete justice, the Court hereby ORDERS:

1. The Stipulated Settlement and Release Agreement (Dkt. 109) is approved in its entirety;

2. The Parties shall proceed consistent with the terms of the Stipulated Settlement and Release Agreement;

3. Judgment is hereby entered and this case is CLOSED.

DATED: March 13, 2023

_____
David C. Nye
Chief U.S. District Court Judge